UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EK VENTURES I, LLC; DAVID L. TAYLOR; and David L. Taylor and Virginia L. Taylor as Trustees for the TAYLOR FAMILY REVOCABLE TRUST,<br><br>Plaintiffs,<br><br>Vs.<br><br>JAMES R. BARTLETT and Z.B.R. PUBLICATIONS, INC.,<br><br>Defendants | CIVIL ACTION<br><br>No. _____<br><br>03 cv 12506 WGY |

## NOTICE OF APPEARANCE OF COUNSEL FOR THE PLAINTIFFS

Please note my appearance as counsel of record for the Plaintiffs, EK Ventures I, LLC, David L. Taylor, and the Taylor Family Revocable Trust. This Notice of Appearance is being filed pursuant to Local Rule 83.5.3(b) and I will be serving as local counsel.

Respectfully Submitted on behalf of the Plaintiffs, EK Ventures I LLC, David L. Taylor and the Taylor Family Revocable Trust

*/s/ David F. Anderson*
David F. Anderson
BBO # 560994
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

Dated: 12/12/03