UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 DEC 12 P 2:35

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| EK VENTURES I, LLC; DAVID L. TAYLOR; and David L. Taylor and Virginia L. Taylor as Trustees for the TAYLOR FAMILY REVOCABLE TRUST, <br><br> Plaintiffs, <br><br> Vs. <br><br> JAMES R. BARTLETT and Z.B.R. PUBLICATIONS, INC., <br><br> Defendants | CIVIL ACTION <br><br> No. _____ <br><br> 03 CV 12506 WGY |

### PLAINTIFF'S MOTION PURSUANT TO LOCAL RULE 83.5.3(B) TO ADMIT JEROLD T. EVERARD PRO HAC VICE

Now comes the Plaintiffs in the above captioned matter and respectfully requests that pursuant to Local Rule 83.5.3, the Court allow Jerold T. Everard, an out-of-state attorney, to appear on behalf of the Plaintiffs pro hac vice. As grounds thereof, the Plaintiffs state that the requirements of Local Rule 83.5.3 have been met. See accompanying affidavit of Jerold T. Everard.

Mr. Everard is a member in good standing of the Washington bar and the bar of the United States District Court for the Western District of Washington. LR 83.5.3(b)(1). There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction. LR 83.5.3(b)(2). Mr. Everard has further made himself familiar with the Local Rules of the United States District Court for the District of Massachusetts. LR

83.5.3(b)(3). The local counsel requirements of Local Rule 83.5.3 have been met because David F. Anderson of Latti & Anderson is filing a notice of appearance as local counsel in this matter.

WHEREFORE, the Plaintiffs respectfully request that pursuant to Local Rule 83.5.3, the Court allow Jerold T. Everard, an out-of-state attorney, to appear on behalf of the Plaintiffs pro hac vice.

Respectfully Submitted on
behalf of the Plaintiffs, EK Ventures I
LLC, David L. Taylor and the Taylor
Family Revocable Trust

_____
David F. Anderson
BBO # 560994
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

Dated: 12/12/03

2