Jerold T. Everard, WSBA # 17142
GROFF MURPHY TRACHTENBERG
& EVERARD
300 East Pine Street
Seattle, Washington 98122
Telephone: (206) 628-9500
Facsimile: (206) 628-9506

FILED
IN CLERKS OFFICE

2003 DEC 12 P 2: 35

U.S. DISTRICT COURT
DISTRICT OF MASS.

03 CV 12506 WGY

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EK VENTURES I, LLC; DAVID L. TAYLOR; and DAVID L. TAYLOR and VIRGINIA L. TAYLOR as TRUSTEES FOR THE TAYLOR FAMILY REVOCABLE TRUST<br><br>Plaintiffs,<br><br>v.<br><br>JAMES R. BARTLETT and Z.B.R. PUBLICATIONS, INC.,<br><br>Defendants. | No.<br><br>AFFIDAVIT OF JEROLD T. EVERARD IN SUPPORT OF MOTION FOR PERMISSION TO APPEAR PRO HAC VICE |

Jerold T. Everard, being duly sworn, deposes and states as follows:

1. I, Jerold T. Everard, am a member of the Bar of the State of Washington in good standing, Washington State Bar Number 17142.

2. I am a member of the Bar of the United States District Court for the Western District of Washington.

AFFIDAVIT OF JEROLD T. EVERARD IN SUPPORT OF
MOTION FOR PERMISSION TO APPEAR PRO HAC VICE –
Page 1

GROFF MURPHY
TRACHTENBERG &
EVERARD PLLC
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

10585 0002 gl111105

3. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

4. I have reviewed the Local Rules of the United States District Court for the District of Massachusetts and I am familiar with their contents.

5. I have a long-standing relationship with the primary plaintiff in this action, having represented them in the past. It is therefore appropriate that I continue to represent them in this matter in the U.S. District Court of Massachusetts.

6. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 11th day of December, 2003

_____
Jerold T. Everard

State of Washington       ) ss.
County of King_____ )

On this day personally appeared before me __Jerold T. Everard__ to me known to be the individual described in and who executed the within and foregoing instrument, and acknowledged that _he_ signed the same as _his_ free and voluntary act and deed, for the uses and purposes therein mentioned.

Given under my hand and official seal this 11th day of December, 2000.

_____

Print Name: Debbie Dern_____

NOTARY PUBLIC in and for the State of Washington, residing at 28715 106th Place SE, Monroe, WA 98272

My Appointment Expires: __12/9/07__

AFFIDAVIT OF JEROLD T. EVERARD IN SUPPORT OF
MOTION FOR PERMISSION TO APPEAR PRO HAC VICE –
Page 2

GROFF MURPHY
TRACHTENBERG &
EVERARD PLLC
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

10585 0002 gl111105