AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FILED
IN CLERKS OFFICE                                        Massachusetts

EK Ventures I, LLC; David L. Taylor; and
David L. Taylor and Virginia L. Taylor as        2004 JAN -8  A 11: 27
Trustees for the Taylor Family Revocable                         **SUMMONS IN A CIVIL CASE**
Trust                                            U.S. DISTRICT COURT
                                                 DISTRICT OF MASS.
                    Plaintiffs

V.
                                                 CASE NUMBER:
James R. Bartlett and Z.B.R. Publications, Inc.
                                                 **03 CV 12506 WGY**
                    Defendants


TO: (Name and address of Defendant)

James R. Bartlett
672 Chestnut Street
Lynnfield, MA 01940-1636


**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jerold T. Everard
Groff Murphy Trachtenberg & Everard, PLLC
300 East Pine Street
Seattle, Washington 98122
Telephone: (206) 628-9500
Facsimile: (206) 628-9506


an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                                         12-12-03

CLERK

(By) DEPUTY CLERK

10585 0002 gl111103

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*                                                                 January 6, 2004

I hereby certify and return that on 12/29/2003 at 10:13 am I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to James R. Bartlett at 672 Chestnut Street, Lynnfield, MA . Basic Service Fee ($30.00), Conveyance ($3.00), Travel ($6.40), Postage and Handling ($1.00), Copies ($5.00) Total Charges $45.40

Deputy Sheriff Kenneth Feeney

*Deputy Sheriff*

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                    Date                                          *Signature of Server*

                                                                _____
                                                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

10585 0002 gl111103