AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

FILED
IN CLERK'S OFFICE

2004 JAN -8 A 11: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

EK Ventures I, LLC; David L. Taylor; and David L. Taylor and Virginia L. Taylor as Trustees for the Taylor Family Revocable Trust

Plaintiffs

V.

James R. Bartlett and Z.B.R. Publications, Inc.

Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**03 CV 12506 WGY**

TO: (Name and address of Defendant)

Z.B.R. Publications, Inc.
200 Ward Hill Avenue
Haverhill, MA 01835

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jerold T. Everard
Groff Murphy Trachtenberg & Everard, PLLC
300 East Pine Street
Seattle, Washington 98122
Telephone: (206) 628-9500
Facsimile: (206) 628-9506

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  12-12-03

10585 0002 gl111104

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

January 6, 2004

I hereby certify and return that on 1/6/2004 at 09:20 am I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering **in hand to Linda Bonfiglio, agent, person in charge at the time of service for an agent/office Z. B. R. Publications**, 200 Ward Hill Avenue Haverhill, MA 01835. Basic Service Fee ($30.00), Conveyance ($3.00), Travel ($16.00), Postage and Handling ($1.00), Copies ($5.00) Total Charges $55.00

Deputy Sheriff  Mike Dempsey

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             Date                Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

10585 0002 gl111104