UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EK VENTURES I, LLC, DAVID L.
TAYLOR, DAVID L. TAYLOR and
VIRGINIA L. TAYLOR as TRUSTEES FOR
THE TAYLOR FAMILY REVOCABLE
TRUST and FLEXTRONICS
INTERNATIONAL LTD.,

                *Plaintiffs*,

v.

JAMES R. BARTLETT and Z.B.R.
PUBLICATIONS, INC.,

                *Defendants*.

Civil Action
No. 03CV12506WGY

## DEFENDANT JAMES R. BARTLETT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

Defendant James R. Bartlett hereby moves pursuant to Fed.R.Civ.P. 12 (b)(6) and Local Rule 7.1, to dismiss all counts of the First Amended Complaint filed by plaintiffs, EK Ventures I, LLC, David L. Taylor, David L. Taylor and Virginia L. Taylor as trustees for the Taylor Family Revocable Trust and Flextronics International, Ltd.

As grounds therefore, Defendant Bartlett refers to and incorporates herein by reference the accompanying Defendant James R. Bartlett's Memorandum In Support Of His Motion to Dismiss The First Amended Complaint.

Wherefore, Defendant Bartlett respectfully requests that this Court dismiss all counts of the plaintiffs' First Amended Complaint as they relate to him.

## REQUEST FOR ORAL ARGUMENT

Defendant Bartlett hereby respectfully requests oral argument on his Motion to Dismiss The First Amended Complaint.

                              Defendant,

                              **JAMES R. BARTLETT**

                              By his attorneys,

                              _____
                              Thomas S. Fitzpatrick/BBO #556453
                              Siobhan M. Sweeney/BBO #562118
                              DAVIS, MALM & D'AGOSTINE, P.C.
                              One Boston Place, 37th Floor
                              Boston, MA 02108
                              (617) 367-2500

Dated: January 21st, 2004