UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EK VENTURES I, LLC, DAVID L. TAYLOR, DAVID L. TAYLOR and VIRGINIA L. TAYLOR as TRUSTEES FOR THE TAYLOR FAMILY REVOCABLE TRUST and FLEXTRONICS INTERNATIONAL LTD.,

*Plaintiffs,*

v.

JAMES R. BARTLETT and Z.B.R. PUBLICATIONS, INC.,

*Defendants.*

Civil Action
No. 03CV12506WGY

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

I hereby certify that on January 20, 2004, I placed a telephone call Jerold Everard, Esq., counsel for plaintiffs in the above-captioned matter to confer in an attempt to narrow the areas of dispute concerning the Defendant James R. Bartlett's Motion To Dismiss The First Amended Complaint. In response to my request for a conference, Nancy Robertson, Esq. and Douglas Roach, Esq. of Groff Murphy Trachtenberg & Everard, PLLC returned my telephone call that day and represented to me that they were authorized to confer on this matter. At that time, we did confer in an attempt to narrow the areas of dispute, however, we did not reach a resolution.

Siobhan M. Sweeney/BBO #562118
DAVIS, MALM & D'AGOSTINE, P.C.
One Boston Place, 37th Floor
Boston, MA 02108
(617) 367-2500

Dated: January 21st, 2004