UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EK VENTURES I, LLC, DAVID L. TAYLOR, DAVID L. TAYLOR and VIRGINIA L. TAYLOR as TRUSTEES FOR THE TAYLOR FAMILY REVOCABLE TRUST and FLEXTRONICS INTERNATIONAL LTD.,

    *Plaintiffs*,

v.

JAMES R. BARTLETT and Z.B.R. PUBLICATIONS, INC.,

    *Defendants*.

Civil Action
No. 03CV12506WGY

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record in the above-captioned matter were served with the following documents on January 21, 2004:

1. Defendant James R. Bartlett's Motion to Dismiss the First Amended Complaint;
2. Defendant James R. Bartlett's Memorandum of Law In Support Of His Motion To Dismiss The First Amended Complaint; and
3. Affidavit of Thomas Fitzpatrick and Attachments A and B thereto.

Counsel of record were served in the following manner:

**By U.S. Mail to**
David F. Anderson, Esq.
Latti & Anderson, LLP
30-31 Union Wharf
Boston, MA 02109

Jerold T. Everard
Groff Murphy Trachtenberg & Everard
300 East Pine Street
Seattle, WA 98122

**By Hand to**
Melissa Tearney, Esq.
Nixon Peabody
101 Federal Street
Boston, MA 02110-1832

_____
Siobhan M. Sweeney/BBO #562118
DAVIS, MALM & D'AGOSTINE, P.C.
One Boston Place, 37th Floor
Boston, MA 02108
(617) 367-2500

Dated: January 21st, 2004

2

J:\FITZPATR\BARTLETT\USDC 03CV12506WGY\Certificate of Service.doc