UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EK VENTURES I, LLC; DAVID L. TAYLOR; and DAVID L. TAYLOR and VIRGINIA L. TAYLOR as TRUSTEES FOR THE TAYLOR FAMILY REVOCABLE TRUST; and FLEXTRONICS INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES R. BARTLETT and Z.B.R. PUBLICATIONS, INC., <br><br> Defendants. | No. 03 CV 12506 WGY <br><br> AFFIDAVIT OF DOUGLAS R. ROACH IN SUPPORT OF MOTION FOR PERMISSION TO APPEAR PRO HAC VICE |

Douglas R. Roach, being duly sworn, deposes and states as follows:

1. I, Douglas R. Roach, am a member of the Bar of the State of Washington in good standing, Washington State Bar Number 21127.

2. I am a member of the Bar of the United States District Court for the Western District of Washington.

3. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

4. I have reviewed the Local Rules of the United States District Court for the District of Massachusetts and I am familiar with their contents.

Dated this 21 day of January, 2004

_____
Douglas R. Roach

State of Washington     ) ss.
County of King          )

On this day personally appeared before me __Douglas R. Roach__ to me known to be the individual described in and who executed the within and foregoing instrument, and acknowledged that _he_ signed the same as _his_ free and voluntary act and deed, for the uses and purposes therein mentioned.

Given under my hand and official seal this 21st day of January, 2004.

_____

Print Name: Debbie Dern_____

NOTARY PUBLIC in and for the State of Washington, residing at 28715 106th Place SE, Monroe, WA 98272

My Appointment Expires: __12/9/07__

AFFIDAVIT OF DOUGLAS R. ROACH IN SUPPORT OF
MOTION FOR PERMISSION TO APPEAR PRO HAC VICE –
Page 2

10585 0002 ha133601