

2004 JAN 23 P 4: 17

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EK VENTURES I, LLC; DAVID L. TAYLOR; DAVID L. TAYLOR and VIRGINIA L. TAYLOR as TRUSTEES FOR THE TAYLOR FAMILY REVOCABLE TRUST; and FLEXTRONICS INTERNATIONAL LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES R. BARTLETT and Z.B.R. PUBLICATIONS, INC.,<br><br>Defendants. | No. 03 CV 12506 WGY<br><br>MOTION FOR PERMISSION FOR DAVID C. GROFF TO APPEAR PRO HAC VICE<br><br><br>FILING FEE PAID:<br>RECEIPT # 53400<br>AMOUNT $ 50.00<br>BY DPTY CLK _____<br>DATE 1-23-04 |

The Plaintiffs in the above-captioned matter hereby request that pursuant to Local Rule 83.5.3, the Court allow David C. Groff, an out-of-state attorney, to appear on behalf of the Plaintiffs pro hac vice. As grounds thereof, the Plaintiffs state that the requirements of Local Rule 83.5.3 have been met. See accompanying affidavit of David C. Groff.

Mr. Groff is a member in good standing of the Washington bar. LR 83.5.3(b)(1). There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction. LR 83.5.3(b)(2). Mr. Groff has further made himself familiar with the Local Rules of the United States District Court for the District of Massachusetts. LR 83.5.3(b)(3). The local counsel

MOTION FOR PERMISSION TO APPEAR PRO HAC VICE –
Page 1

10585 0002 ha201102

requirements of Local Rule 83.5.3 have been met because David F. Anderson of Latti & Anderson has filed a notice of appearance as local counsel in this matter. See Notice of Appearance of Latti & Anderson, dated December 12, 2003. This court has already admitted Jerold Everard from Groff Murphy to appear in this case. Mr. Everard, however, no longer plans to try the case or take depositions, necessitating the involvement of Mr. Groff and his team in the case.

Wherefore, the Plaintiffs respectfully request that the Court grant this motion for permission for David C. Groff to appear pro hac vice.

Dated this 23 day of January, 2004.

Respectfully submitted,

**Attorneys for Plaintiffs EK Ventures I, LLC; David L. Taylor; and David L. Taylor And Virginia L. Taylor as Trustees for The Taylor Family Revocable Trust, and Flextronics International Ltd.**

David F. Anderson
Latti & Anderson
30 - 31 Union Wharf
Boston, MA  02109
Telephone: (617) 523-1000
Facsimile: (617) 523-7394

CERTIFICATE OF SERVICE
I hereby certify [that a] copy of the foregoing document was [served on] the attorney of record for each part[y in] this action, by mail, postage pre[paid]. 1/23/04

MOTION FOR PERMISSION TO APPEAR PRO HAC VICE –
Page 2

10585 0002 ha201102