UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EK VENTURES I, LLC; DAVID L. TAYLOR; and DAVID L. TAYLOR and VIRGINIA L. TAYLOR as TRUSTEES FOR THE TAYLOR FAMILY REVOCABLE TRUST; and FLEXTRONICS INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES R. BARTLETT and Z.B.R. PUBLICATIONS, INC., <br><br> Defendants. | No. 03 CV 12506 WGY <br><br> AFFIDAVIT OF DAVID C. GROFF IN SUPPORT OF MOTION FOR PERMISSION TO APPEAR PRO HAC VICE |

David C. Groff, being duly sworn, deposes and states as follows:

1. I, David C. Groff, am a member of the Bar of the State of Washington in good standing, Washington State Bar Number 04706.

AFFIDAVIT OF DAVID C. GROFF IN SUPPORT OF MOTION
FOR PERMISSION TO APPEAR PRO HAC VICE – Page 1

10585 0002 ha211104

2. I am a member of the Bars of the United States District Court for the Western District of Washington and the Eastern District of Washington.

3. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

4. I have reviewed the Local Rules of the United States District Court for the District of Massachusetts and I am familiar with their contents.

Dated this 21st day of January, 2004

David C. Groff

State of Washington ) ss.
County of King )

On this day personally appeared before me __David C. Groff__ to me known to be the individual described in and who executed the within and foregoing instrument, and acknowledged that _he_ signed the same as _his_ free and voluntary act and deed, for the uses and purposes therein mentioned.

Given under my hand and official seal this 21st day of January, 2004.

Print Name: Debbie Dern

NOTARY PUBLIC in and for the State of Washington, residing at 28715 106th Place SE, Monroe, WA 98272

My Appointment Expires: __12/9/07__

AFFIDAVIT OF DAVID C. GROFF IN SUPPORT OF MOTION
FOR PERMISSION TO APPEAR PRO HAC VICE – Page 2