

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EK VENTURES I, LLC; DAVID L. TAYLOR; DAVID L. TAYLOR AND VIRGINIA L. TAYLOR as TRUSTEES FOR THE TAYLOR FAMILY REVOCABLE TRUST; and FLEXTRONICS INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES R. BARTLETT and Z.B.R. PUBLICATIONS, INC., <br><br> Defendants. | CIVIL ACTION <br><br> No. 03 CV 12506 WGY |

### AFFIDAVIT OF JEROLD T. EVERARD IN RESPONSE TO BARTLETT'S MOTION TO DISMISS

Jerold T. Everard, being duly sworn, deposes and states as follows:

1. I, Jerold T. Everard, represent EK Ventures I, David L. Taylor, and Flextronics International, Ltd., the plaintiffs in the above-referenced action.

Page 1

GROFF MURPHY
TRACHTENBERG &
EVERARD PLLC
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

10585 0002 hb031103

2. I have reviewed Defendant Bartlett's Motion to Dismiss and Supporting Affidavit of Melissa Tearney. In these documents, defendant Bartlett contends that there is no dispute as to what constitutes the February 4, 2000 Agreement among defendant Bartlett, defendant ZBR, Globalware Solutions, Inc., Bindco Corporation, and the selling shareholders of Bindco.

3. In fact, there remains a dispute as to what constitutes the complete Agreement among the parties.

4. My clients and I have for some time sought to review the original Agreement and all accompanying schedules purportedly on file with Globalware.

5. To date, Globalware and its attorneys, Nixon Peabody, have not made the original Agreement and all accompanying schedules available for review by the plaintiffs. Due to this situation, there remains a dispute as to what constitutes the complete Agreement.

Dated this 3 day of February, 2004

_____
Jerold T. Everard

State of Washington   ) ss.
County of King        )

On this day personally appeared before me __Jerold T. Everard__ to me known to be the individual described in and who executed the within and foregoing instrument, and acknowledged that __he__ signed the same as __his__ free and voluntary act and deed, for the uses and purposes therein mentioned.

Given under my hand and official seal this 3rd day of February, 2004.

_____
Print Name: Debbie Dern
NOTARY PUBLIC in and for the State of Washington, residing at 28715 106th Place SE, Monroe, WA 98272
My Appointment Expires: __12/9/07__

Page 2

**GROFF MURPHY
TRACHTENBERG &
EVERARD PLLC**
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

10585 0002 hb031103