UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EK VENTURES I, LLC; DAVID L. TAYLOR; DAVID L. TAYLOR AND VIRGINIA L. TAYLOR as TRUSTEES FOR THE TAYLOR FAMILY REVOCABLE TRUST; and FLEXTRONICS INTERNATIONAL LTD., <br><br>　　　　　　　　Plaintiffs, <br><br>v. <br><br>JAMES R. BARTLETT and Z.B.R. PUBLICATIONS, INC., <br><br>　　　　　　　　Defendants. | CIVIL ACTION <br><br> No. 03 CV 12506 WGY |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A), Plaintiff Flextronics International Ltd. hereby identifies Flextronics International Inc. as its parent corporation and AXA Financial Inc. as holding 10% of its stock.

Dated this 3rd day of February, 2004.

> Respectfully submitted on behalf of the Plaintiffs, EK Ventures I, LLC; David L. Taylor; David L. Taylor and Virginia L. Taylor as Trustees for the Taylor Family Revocable Trust; and Flextronics International Ltd.
>
> _____
> Jerold T. Everard, WSBA # 17142
> *Admitted Pro Hac Vice*
> GROFF MURPHY TRACHTENBERG
> & EVERARD PLLC
> 300 East Pine Street
> Seattle, Washington 98122
> Telephone: (206) 628-9500
> Facsimile: (206) 628-9506

10585 0002 ha211105

ORIGINAL