

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EK VENTURES I, LLC; DAVID L. TAYLOR; DAVID L. TAYLOR AND VIRGINIA L. TAYLOR as TRUSTEES FOR THE TAYLOR FAMILY REVOCABLE TRUST; and FLEXTRONICS INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES R. BARTLETT and Z.B.R. PUBLICATIONS, INC., <br><br> Defendants. | CIVIL ACTION <br><br> No. 03 CV 12506 WGY <br><br> **CERTIFICATE OF SERVICE** |

### CERTIFICATE OF SERVICE

I hereby certify that I caused to be served on February 3, 2004, a true and correct copy of the following documents:

1. PLAINTIFF'S MEMORANDUM IN RESPONSE TO DEFENDANT BARTLETT'S MOTION TO DISMISS;

Page 1

GROFF MURPHY
TRACHTENBERG &
EVERARD PLLC
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

10585 0002 ha081103

2. AFFIDAVIT OF JEROLD T. EVERARD IN RESPONSE TO BARTLETT'S MOTION TO DISMISS;

3. CORPORATE DISCLOSURE STATEMENT;

4. CERTIFICATE OF SERVICE.

to the counsel and/or parties of record listed below, via the method indicated:

| | |
|---|---|
| James R. Barlett<br>672 Chestnut Street<br>Lynnfield, MA  01940-1636 | ☐ Hand Delivery Via Messenger Service<br>☒ First Class Mail<br>☐ Federal Express<br>☐ Facsimile |
| Z.B.R. Publications, Inc.<br>200 Ward Hill Avenue<br>Haverhill, MA  01835 | ☐ Hand Delivery Via Messenger Service<br>☒ First Class Mail<br>☐ Federal Express<br>☐ Facsimile |
| David F. Anderson, Esq.<br>Latti & Anderson, LLP<br>30-31 Union Warf<br>Boston, MA  02109 | ☐ Hand Delivery Via Messenger Service<br>☒ First Class Mail<br>☐ Federal Express<br>☐ Facsimile |
| Thomas S. Fitzpatrick, Esq.<br>Davis Malm & Dagostine, P.C.<br>One Boston Place<br>Boston, MA  02108 | ☐ Hand Delivery Via Messenger Service<br>☒ First Class Mail<br>☐ Federal Express<br>☐ Facsimile |
| Melissa B. Tearney, Esq.<br>Nixon Peabody<br>101 Federal Street<br>Boston, MA  02110-1832 | ☐ Hand Delivery Via Messenger Service<br>☒ First Class Mail<br>☐ Federal Express<br>☐ Facsimile |

Dated this 3rd day February, 2004.

GROFF MURPHY TRACHTENBERG & EVERARD PLLC
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

10585 0002 ha081103

*[signature]*

Debbie Dern, Legal Secretary to
Jerold T. Everard, WSBA # 17142
*Admitted Pro Hac Vice*
GROFF MURPHY TRACHTENBERG &
EVERARD
300 East Pine Street
Seattle, Washington 98122
Telephone: (206) 628-9500
Facsimile: (206) 628-9506

Page 3

GROFF MURPHY
TRACHTENBERG &
EVERARD PLLC
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

10585 0002 ha081103



Debbie L. Dern

February 3, 2004

**Via Federal Express ™**

Clerk of the Court
U.S. District Court
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

    Re:    Case Name:    <u>EK Ventures I, et al. v. James Bartlett, et al.</u>
            Cause No.:    03 CV 12506 WGY

Dear Court Clerk:

Please find enclosed the original and one judge's copy of the following documents for filing:

1. Plaintiff's Memorandum in Response to Defendant Bartlett's Motion to Dismiss;

2. Affidavit of Jerold T. Everard in Response to Bartlett's Motion to Dismiss;

3. Corporate Disclosure Statement; and

4. Certificate of Service.

Please file the originals, provide Judge Young with the working copy, and conform and return the additional face sheets to our office in the enclosed, self-addressed and stamped envelope. Should you have any questions, please do not hesitate to contact me at my direct number: (206) 832-1487. Thank you for your assistance in this matter.

                Very truly yours,

                GROFF MURPHY TRACHTENBERG
                & EVERARD, PLLC

                Debbie Dern
                Legal Secretary to Jerold Everard

:dld
Enclosures
cc:    All Counsel

GROFF MURPHY TRACHTENBERG & EVERARD PLLC
300 EAST PINE STREET  SEATTLE  WASHINGTON 98122
(206) 628-9500  www.groffmurphy.com  (206) 628-9506 FACSIMILE

10585 0002 hb031101