UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EK VENTURES I, LLC; DAVID L. TAYLOR; DAVID L. TAYLOR AND VIRGINIA L. TAYLOR as TRUSTEES FOR THE TAYLOR FAMILY REVOCABLE TRUST; and FLEXTRONICS INTERNATIONAL LTD., <br><br>Plaintiffs, <br><br>v. <br><br>JAMES R. BARTLETT and Z.B.R. PUBLICATIONS, INC., <br><br>Defendants. | No: 1:03-CV-12506-WGY |

**DEFENDANT Z.B.R. PUBLICATIONS, INC.'S LOCAL RULE 7.3(A) CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3(A), Defendant Z.B.R. Publications, Inc., now known as GlobalWare Solutions Massachusetts, Inc., hereby discloses that it is a wholly owned subsidiary of GlobalWare Solutions, Inc.

Z.B.R. PUBLICATIONS, INC.

By their attorneys,

Melissa Bayer Tearney, BBO No. 558612
David Ryan, BBO No. 644037
Stephen M. LaRose, BBO No. 654507
NIXON PEABODY LLP
101 Federal Street
Boston, MA 02110
(617) 345-1000

Dated: February 6, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for all parties first class mail on February 6, 2004.

                                              David M. Ryan



# NIXON PEABODY LLP
ATTORNEYS AT LAW

101 Federal Street
Boston, Massachusetts 02110-1832
(617) 345-1000
Fax: (617) 345-1300

David M. Ryan
Direct Dial: (617) 345-6060
E-Mail: dryan@nixonpeabody.com

February 6, 2004

**VIA HAND DELIVERY**

Clerk
U.S. District Court for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

    RE:    EK Ventures I, LLC, et al. v. James R. Bartlett, et al.
            Civil Action No. 03 CV 12506 WGY

Dear Sir or Madam:

I have enclosed for filing Defendant ZBR Publications, Inc.'s Corporate Disclosure Statement pursuant to Local Rule 7.3A.

                        Very truly yours,

                        David M. Ryan

DMR:sjk
Enclosure

cc:    Thomas S. Fitzpatrick, Esq. (via hand delivery)
        Jerold T. Everard, Esq. (via first class mail)
        Melissa Bayer Tearney, Esq.

BOS1351607.1    INCLUDING ATTORNEYS FORMERLY OF HUTCHINS WHEELER & DITTMAR

ALBANY, NY • BOSTON, MA • BUFFALO, NY • GARDEN CITY, NY • HARTFORD, CT • MANCHESTER, NH • McLEAN, VA
NEW YORK, NY • ORANGE COUNTY, CA • PROVIDENCE, RI • ROCHESTER, NY • SAN FRANCISCO, CA • WASHINGTON, DC