

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EK VENTURES I, LLC; DAVID L. TAYLOR; DAVID L. TAYLOR AND VIRGINIA L. TAYLOR as TRUSTEES FOR THE TAYLOR FAMILY REVOCABLE TRUST; and FLEXTRONICS INTERNATIONAL LTD., <br><br>Plaintiffs, <br><br>v. <br><br>JAMES R. BARTLETT and Z.B.R. PUBLICATIONS, INC., <br><br>Defendants. | CIVIL ACTION <br><br> No. 03 CV 12506 WGY <br><br> **CERTIFICATE OF SERVICE** |

### CERTIFICATE OF SERVICE

I hereby certify that I caused to be served on February 6, 2004, a true and correct copy of the following documents:

1.  PLAINTIFF'S MEMORANDUM IN RESPONSE TO DEFENDANT ZBR'S MOTION TO DISMISS;

Page 1

GROFF MURPHY
TRACHTENBERG &
EVERARD PLLC
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

ORIGINAL

10585 0002 ha081103

2. CERTIFICATE OF SERVICE.

to the counsel and/or parties of record listed below, via the method indicated:

| Name/Address | Method |
|---|---|
| James R. Bartlett<br>672 Chestnut Street<br>Lynnfield, MA 01940-1636 | ☐ Hand Delivery Via Messenger Service<br>☐ First Class Mail<br>☒ Federal Express<br>☐ Facsimile |
| Z.B.R. Publications, Inc.<br>200 Ward Hill Avenue<br>Haverhill, MA 01835 | ☐ Hand Delivery Via Messenger Service<br>☐ First Class Mail<br>☒ Federal Express<br>☐ Facsimile |
| David F. Anderson, Esq.<br>Latti & Anderson, LLP<br>30-31 Union Warf<br>Boston, MA 02109 | ☐ Hand Delivery Via Messenger Service<br>☒ First Class Mail<br>☐ Federal Express<br>☐ Facsimile |
| Thomas S. Fitzpatrick, Esq.<br>Davis Malm & Dagostine, P.C.<br>One Boston Place<br>Boston, MA 02108 | ☐ Hand Delivery Via Messenger Service<br>☐ First Class Mail<br>☒ Federal Express<br>☐ Facsimile |
| Melissa B. Tearney, Esq.<br>Nixon Peabody<br>101 Federal Street<br>Boston, MA 02110-1832 | ☐ Hand Delivery Via Messenger Service<br>☐ First Class Mail<br>☒ Federal Express<br>☐ Facsimile |

Dated this 6th day February, 2004.

Debbie Dern, Legal Secretary to
Jerold T. Everard, WSBA # 17142
*Admitted Pro Hac Vice*
GROFF MURPHY TRACHTENBERG & EVERARD
300 East Pine Street
Seattle, Washington 98122
Telephone: (206) 628-9500
Facsimile: (206) 628-9506

Page 2

GROFF MURPHY
TRACHTENBERG &
EVERARD PLLC
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

10585 0002 ha081103