## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

EK VENTURES I, LLC; DAVID L.
TAYLOR; DAVID L. TAYLOR AND
VIRGINIA L. TAYLOR as TRUSTEES
FOR THE TAYLOR FAMILY
REVOCABLE TRUST; and
FLEXTRONICS INTERNATIONAL
LTD.,

           Plaintiffs,

    v.

JAMES R. BARTLETT and Z.B.R.
PUBLICATIONS, INC.,

           Defendants.

No: 1:03-CV-12506-WGY

## MOTION FOR LEAVE TO FILE REPLY BRIEF

Defendant Z.B.R. Publications, Inc. ("ZBR") hereby moves this Court, pursuant to L.R.

7.1(B)(3), for leave to file the attached reply brief, which is submitted in further support of

ZBR's Motion to Dismiss Plaintiffs' Amended Complaint.

## L.R. 7.1 CONFERENCE

Counsel for ZBR, David M. Ryan, certifies that he conferred with counsel for Plaintiffs,

Douglas Roach, in an attempt to resolve or narrow the issues presented by this Motion and the

reply brief.

WHEREFORE, ZBR respectfully requests this Court to grant it leave to file the attached

reply brief.

Z.B.R. PUBLICATIONS, INC.

By their attorneys,

Melissa Bayer Tearney, BBO No. 558612
David Ryan, BBO No. 644037
Stephen M. LaRose, BBO No. 654507
NIXON PEABODY LLP
101 Federal Street
Boston, MA 02110
(617) 345-1000

Dated: February 17, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for all parties first class mail on February 17, 2004.

David M. Ryan

BOS1354539.1