UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EK VENTURES I, LLC; DAVID L. TAYLOR; DAVID L. TAYLOR AND VIRGINIA L. TAYLOR as TRUSTEES FOR THE TAYLOR FAMILY REVOCABLE TRUST; and FLEXTRONICS INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES R. BARTLETT and Z.B.R. PUBLICATIONS, INC., <br><br> Defendants. | CIVIL ACTION <br><br> No. 03 CV 12506 WGY |

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served on February 19, 2004, a true and correct copy of the following documents:

1. MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT;

2. PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT;

3. CERTIFICATE OF SERVICE

to the counsel and/or parties of record listed below, via the method indicated:

| | |
|---|---|
| David F. Anderson, Esq. <br> Latti & Anderson, LLP <br> 30-31 Union Wharf <br> Boston, MA 02109 | ☐ Hand Delivery Via Messenger Service <br> ☒ First Class Mail <br> ☐ Federal Express <br> ☐ Facsimile |

Page 1

GROFF MURPHY
TRACHTENBERG &
EVERARD PLLC
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

10585 0002 hb192402

| Thomas S. Fitzpatrick, Esq.<br>Siobhan M. Sweeney, Esq.<br>Davis Malm & Dagostine, P.C.<br>One Boston Place<br>Boston, MA 02108 | ☐ Hand Delivery Via Messenger Service<br>☐ First Class Mail<br>☒ Federal Express<br>☐ Facsimile |
|---|---|
| David M. Ryan, Esq.<br>Melissa B. Tearney, Esq.<br>Nixon Peabody<br>101 Federal Street<br>Boston, MA 02110-1832 | ☐ Hand Delivery Via Messenger Service<br>☐ First Class Mail<br>☒ Federal Express<br>☐ Facsimile |

Dated this 19th day February, 2004.

*(signature)*

Cristina S. Tringali, Legal Assistant to
Douglas R. Roach, WSBA # 21187
*Admitted Pro Hac Vice*
GROFF MURPHY TRACHTENBERG
& EVERARD PLLC
300 East Pine Street
Seattle, Washington 98122
Telephone: (206) 628-9500
Facsimile: (206) 628-9506

Page 2

GROFF MURPHY
TRACHTENBERG &
EVERARD PLLC
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

10585 0002 hb192402