UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EK VENTURES I, LLC;<br>DAVID L. TAYLOR;<br>DAVID L. TAYLOR AND VIRGINIA L.<br>TAYLOR as TRUSTEES FOR THE<br>TAYLOR FAMILY REVOCABLE TRUST;<br>and<br>FLEXTRONICS INTERNATIONAL LTD.,<br><br>      Plaintiffs,<br><br>      v.<br><br>JAMES R. BARTLETT,<br>and<br>Z.B.R. PUBLICATIONS, INC.,<br><br>      Defendants. | CIVIL ACTION<br>NO. 03-12506-WGY |

ORDER

YOUNG, C.J.                                    February 26, 2004

Pursuant to <u>Conley</u> v. <u>Gibson</u>, 355 U.S. 41, 45-46 (1957),
this Court reviewed Defendants James R. Bartlett ("Bartlett") and
Z.B.R. Publications, Inc.'s ("ZBR") Motions to Dismiss all claims
arising from the sale of Bindco Corporation stock.  Since the
Plaintiffs have alleged sufficient facts to support their claims,
and there remain factual questions as to the scope and
applicability of the limitations period set out in the Stock
Purchase and Sale Agreement governing the sale, the Plaintiffs
have met their burden.  Accordingly, this Court DENIES Bartlett's

Motion to Dismiss [Doc. No. 8] and DENIES ZBR's Motion to Dismiss [Doc. No. 13].

SO ORDERED.

WILLIAM G. YOUNG
CHIEF JUDGE