UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EK VENTURES I, LLC; DAVID L. TAYLOR; DAVID L. TAYLOR AND VIRGINIA L. TAYLOR as TRUSTEES FOR THE TAYLOR FAMILY REVOCABLE TRUST; and FLEXTRONICS INTERNATIONAL LTD., <br><br>           Plaintiffs, <br><br>v. <br><br>JAMES R. BARTLETT and Z.B.R. PUBLICATIONS, INC., <br><br>           Defendants. | No: 1:03-CV-12506-WGY |

**CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)
BY DEFENDANT Z.B.R. PUBLICATIONS, INC. AND ITS COUNSEL**

The undersigned representative of Z.B.R. Publications, Inc. and its counsel hereby affirm, pursuant to Local Rule 16.1(D), that they have conferred:

    (a)    with a view to establishing a budget for the costs of conducting the full course—and various alternatives—of the litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Z.B.R. PUBLICATIONS, INC.                    NIXON PEABODY LLP

_____              _____
BY:                                          Melissa B. Tearney (BBO#558612)
Z.B.R. PUBLICATIONS, INC.                    David M. Ryan (BBO #644037)
200 Ward Hill                                NIXON PEABODY LLP
Haverhill, Massachusetts 01835               101 Federal Street
                                             Boston, MA 02110
                                             (617) 345-1000

Dated: March 8, 2004

BOS1360429.1