UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EK VENTURES I, LLC; DAVID L. TAYLOR; DAVID L. TAYLOR AND VIRGINIA L. TAYLOR as TRUSTEES FOR THE TAYLOR FAMILY REVOCABLE TRUST; and FLEXTRONICS INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES R. BARTLETT and Z.B.R. PUBLICATIONS, INC., <br><br> Defendants. | No: 1:03-CV-12506-WGY |

## NOTICE OF CHANGE OF ADDRESS

TO:   THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, effective immediately, the address of Nixon Peabody LLP (Boston office only) will change as follows:

>Nixon Peabody LLP
>100 Summer Street
>Boston, MA  02110

The telephone and facsimile numbers will remain the same - telephone (617) 345-1000; facsimile (617) 345-1300.

_____
Melissa Bayer Tearney, BBO No. 558612
David Ryan, BBO No. 644037
Stephen M. LaRose, BBO No. 654507
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300

DATE: March 19, 2004                              Attorneys for Z.B.R. Publications, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all parties who have appeared by first class mail on March 19, 2004.

_____
David M. Ryan