

# NIXON PEABODY LLP
ATTORNEYS AT LAW

101 Federal Street
Boston, Massachusetts 02110-1832
(617) 345 1000
Fax: (617) 345-1300
Direct Dial: (617) 345-1323
E-Mail: mtearney@nixonpeabody.com

May 23, 2003

**VIA FACSIMILE AND FIRST CLASS MAIL**

Thomas S. Fitzpatrick, Esq.
Davis Malm & D'Agostine PC
One Boston Place
Boston, MA 02108

Re:   Response to May 21, 2003.

Dear Tom:

This is in response to your May 21, 2003 letter.

Your portrayal of our discussions concerning Mr. Bartlett's request for indemnification from GlobalWare Solutions, Inc. ("GlobalWare") misrepresents what I told you. I explained to you that Mr. Bartlett's request for indemnification from GlobalWare was premature. To be clear, GlobalWare will consider Mr. Bartlett's request for indemnification when the time is appropriate. At this time, GlobalWare does not agree to indemnify Mr. Bartlett for your fees. Please do not send me your bills for payment.

Very truly yours,

Melissa Bayer Tearney

cc:   Gary Lortie

B1267453.1

INCLUDING ATTORNEYS FORMERLY OF HUTCHINS WHEELER & DITTMAR
ALBANY, NY • BOSTON, MA • BUFFALO, NY • GARDEN CITY, NY • HARTFORD, CT • MANCHESTER, NH • McLEAN, VA
NEW YORK, NY • ORANGE COUNTY, CA • PROVIDENCE, RI • ROCHESTER, NY • SAN FRANCISCO, CA • WASHINGTON, DC