

# DAVIS MALM &
# D'AGOSTINE P.C.
ATTORNEYS AT LAW

Thomas S. Fitzpatrick

June 3, 2003

GlobalWare Solutions, Inc.
c/o Melissa Bayer Tearney, Esq.
Nixon Peabody
101 Federal Street
Boston, MA 02110

Re: **Invoice for Services Rendered in connection with Erickson Shirley claims**

Dear Sir/Madam:

Enclosed herewith is our statement for services rendered on behalf of James R. Bartlett in connection with the Erickson Shirley claims matter. GlobalWare Solutions, Inc. is obligated to pay this legal expense pursuant to Section 1 of its Transitional Employment Agreement with Mr. Bartlett dated February 12, 2003.

If you have any questions concerning this statement, please do not hesitate to call me.

Very truly yours,

Thomas S. Fitzpatrick

TSF:dac
Enclosure

cc: James R. Bartlett (w/encl.)
    Siri F. Boreske, Esq. (w/encl.)

*direct* 617-589-3865 *direct fax* 617-305-3165
*email* tfitzpatrick@davismalm.com
ONE BOSTON PLACE  BOSTON  MA  02108
617-367-2500   fax 617-523-6215

J:\FITZPATR\BARTLETT\Correspondence\6-4-03 bill for ES claims.doc

# DAVIS, MALM & D'AGOSTINE

A PROFESSIONAL CORPORATION

ONE BOSTON PLACE
BOSTON, MASSACHUSETTS 02108
(617) 367-2500

```
James R. Bartlett                            039
672 Chestnut Street             CLIENT   :  09007   CASE: 9007-2
Lynnfield, MA  01940            INVOICE#:  104977  DATE: 05/31/03
```

FOR PROFESSIONAL SERVICES RENDERED AND COSTS ADVANCED

RE:  Erickson Shirley claims

```
..DATE..................PROFESSIONAL SERVICES.....................HOURS
05/21/03 Thomas S. Fitzpatrick                                      1.00
         Researching letter to J. Everard; drafting letter to J.
         Everard.
                                                                 -------
                                                   TOTAL HOURS      1.00


SERVICES PERFORMED BY...........................RATE..........AMOUNT
Thomas S. Fitzpatrick           1.00 hours at $ 295.00 =        295.00
                                                              -------

                        TOTAL CURRENT FEES                  $ 295.00

                        CURRENT INVOICE DUE                 $ 295.00
```