

# NIXON PEABODY LLP
ATTORNEYS AT LAW

101 Federal Street
Boston, Massachusetts 02110-1832
(617) 345-1000
Fax: (617) 345-1300
Direct Dial: (617) 345-1323
E-Mail: mtearney@nixonpeabody.com

June 10, 2003

**VIA FACSIMILE AND FIRST CLASS MAIL**

Thomas S. Fitzpatrick, Esq.
Davis Malm & D'Agostine PC
One Boston Place
Boston, MA 02108

Re:   James R. Bartlett/GlobalWare Solutions, Inc.

Dear Tom:

This is in response to your June 3, 2003 letter enclosing your statement for services rendered on behalf of Mr. Bartlett.

As I have explained to you, Mr. Bartlett's request for indemnification from GlobalWare Solutions, Inc. ("GlobalWare") is premature. To be clear, GlobalWare will consider Mr. Bartlett's request for indemnification when the time is appropriate. At this time, GlobalWare does not agree to indemnify Mr. Bartlett for your fees. Please do not send me your bills for payment.

Very truly yours,

Melissa Bayer Tearney

cc:   Gary Lortie

B1272894.1   INCLUDING ATTORNEYS FORMERLY OF HUTCHINS WHEELER & DITTMAR

ALBANY, NY • BOSTON, MA • BUFFALO, NY • GARDEN CITY, NY • HARTFORD, CT • MANCHESTER, NH • McLEAN, VA
NEW YORK, NY • ORANGE COUNTY, CA • PROVIDENCE, RI • ROCHESTER, NY • SAN FRANCISCO, CA • WASHINGTON, DC