AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## MASSACHUSETTS

### DISTRICT OF

EK VENTURES I, LLC, ET AL.
  Plaintiff,

v.

JAMES R. BARTLETT AND Z.B.R. PUBLICATIONS, INC.
  Defendants

*and*

JAMES R BARTLETT,
  Third Party Plaintiff

v.

GLOBALWARE SOLUTIONS, INC., ANTHONY RUDSTON and
BRADLEY A. JAY,
  Third Party Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:  C. A. No. 03-CV-12506WGY

TO: (Name and address of defendant)

Globalware Solutions, Inc.
c/o Melissa Tearney, Esq.
David Ryan, Esq.
Nixon Peabody
100 Summer Street
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas Fitzpatrick
Davis, Malm & D'Agostine, P.C.
One Boston Place
Boston, MA 02108
(617) 367-2500

an answer to the complaint which is herewith served upon you, within __TWENTY (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS



4-22-04

CLERK                                                    DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action  (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 4-28-04 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| SIOBHAN SWEENEY | ATTY |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☐ Returned unexecuted: _____

_____

_____

☑ Other (specify): by certified mail/return receipt per third party defendant's
counsel's agreement to accept service.

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___5-3-04___
                Date

Signature of Server

Danis Malm & D'Agostine
Address of Server
One Boston Place
Boston MA 02108

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Melissa Tearney, Esq.
Nixon Peabody
100 Summer Street
Boston, MA 02110

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X J Minnis     ☐ Agent
               ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery
J Minnis                            9/28/04

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number          7001 1940 0005 3547 3243
   (Transfer from service label)

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540