AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## MASSACHUSETTS

————————— DISTRICT OF —————————

EK VENTURES I, LLC, ET AL.
    Plaintiff,

v.

JAMES R. BARTLETT AND Z.B.R. PUBLICATIONS, INC.
    Defendants

    *and*

JAMES R BARTLETT,
    Third Party Plaintiff

v.

GLOBALWARE SOLUTIONS, INC., ANTHONY RUDSTON and
BRADLEY A. JAY,
    Third Party Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:    C. A. No. 03-CV-12506WGY

TO: (Name and address of defendant)

Bradley A. Jay
c/o Melissa Tearney, Esq.
David Ryan, Esq.
Nixon Peabody
100 Summer Street
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas Fitzpatrick
Davis, Malm & D'Agostine, P.C.
One Boston Place
Boston, MA 02108
(617) 367-2500

an answer to the complaint which is herewith served upon you, within ___TWENTY (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

4-22-04

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action  (Reverse)

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE | 4-28-04 |
| NAME OF SERVER *(PRINT)*  SIOBHAN  SWEENEY | TITLE | ATTY. |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served: _____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

☑  Other (specify): by certified mail / return receipt per third party defendant's counsel's agreement to accept service.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___5-3-04___
*Date*

_____
*Signature of Server*

Danis, Melm & D'Agostine, P.C.
*Address of Server*

One Boston Place
Boston, MA 02108

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.