UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EK VENTURES I, LLC, DAVID L. TAYLOR AND DAVID L. TAYLOR AND VIRGINIA L. TAYLOR AS TRUSTEES FOR THE TAYLOR FAMILY REVOCABLE TRUST,<br><br>              Plaintiff,<br><br>              v.<br><br>JAMES L. BARTLETT AND Z.B.R. PUBLICATIONS, INC.<br><br>              Defendant. | C. A. No. 03-CV-12506WGY |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

       Please withdraw my appearance for the defendant, James L. Bartlett.

                                  /s/ Siobhan M. Sweeney
                              Siobhan M. Sweeney/BBO #562118
                              Davis, Malm & D'Agostine, P.C.
                              One Boston Place, 37th Floor
                              Boston, MA 02108
                              617) 367-2500

Dated:

340415v.1