UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EK VENTURES I, LLC; DAVID L. TAYLOR; DAVID L. TAYLOR AND VIRGINIA L. TAYLOR as TRUSTEES FOR THE TAYLOR FAMILY REVOCABLE TRUST; and FLEXTRONICS INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES R. BARTLETT and Z.B.R. PUBLICATIONS, INC., <br><br> Defendants. <br><br> *and* <br><br> JAMES R. BARTLETT, <br><br> Third Party Plaintiff <br><br> v. <br><br> GLOBALWARE SOLUTIONS, INC., ANTHONY RUDSTON and BRADLEY A. JAY, <br><br> Third Party Defendants. | CIVIL ACTION <br><br> No. 03 CV 12506 NMG |

**PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES FROM DEFENDANT JAMES BARTLETT**

Pursuant to Fed.R.Civ.P. 37(a) and LR 37.1, Plaintiffs move this court for an order compelling Defendant James Bartlett to produce documents in response to Request Nos. 26, 27 and 30 of Plaintiffs' First Request for Production of Documents.

As grounds therefor, Plaintiffs incorporate the accompanying Memorandum In Support of Plaintiffs' Motion To Compel Defendant James Bartlett To Respond To Discovery Requests.

Page 1

GROFF MURPHY
TRACHTENBERG &
EVERARD PLLC
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

10585 0002 hk233408

For the reasons set forth in that memorandum, Plaintiffs request that the Court enter an order compelling Defendant James Bartlett to produce documents in response to Request Nos. 26, 27, and 30 of Plaintiffs' First Request For Production Of Documents, and imposing terms on Defendant Bartlett, his counsel, or both.

Dated this 24 day of November, 2004.

Respectfully submitted on behalf of the Plaintiffs, EK Ventures I, LLC; David L. Taylor; David L. Taylor and Virginia L. Taylor as Trustees for the Taylor Family Revocable Trust; and Flextronics International Ltd.

_____
Jerold T. Everard, WSBA # 17142
Douglas R. Roach, WSBA # 21127
*Admitted Pro Hac Vice*
GROFF MURPHY TRACHTENBERG
& EVERARD
300 East Pine Street
Seattle, Washington 98122
Telephone: (206) 628-9500
Facsimile: (206) 628-9506

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that the provisions of LR 37.1 have been complied with.

_____
Douglas R. Roach

Page 2

GROFF MURPHY
TRACHTENBERG &
EVERARD PLLC
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

10585 0002 hk233408

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for all parties via first-class mail/electronically on _November 24_, 2004.

_____
Douglas R. Roach

GROFF MURPHY
TRACHTENBERG &
EVERARD PLLC
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

10585 0002 hk233408