# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EK VENTURES I, LLC; DAVID L. TAYLOR; DAVID L. TAYLOR AND VIRGINIA L. TAYLOR as TRUSTEES FOR THE TAYLOR FAMILY REVOCABLE TRUST; and FLEXTRONICS INTERNATIONAL LTD., | CIVIL ACTION<br><br>No. 03 CV 12506 NMG |

Plaintiffs,

v.

JAMES R. BARTLETT and Z.B.R. PUBLICATIONS, INC.,

Defendants.

*and*

JAMES R. BARTLETT,

Third Party Plaintiff

v.

GLOBALWARE SOLUTIONS, INC., ANTHONY RUDSTON and BRADLEY A. JAY,

Third Party Defendants.

---

## AFFIDAVIT OF DOUGLAS R. ROACH IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES FROM DEFENDANT JAMES R. BARTLETT

Douglas R. Roach hereby declares as follows:

1.    I am an attorney with Groff Murphy Trachtenberg & Everard PLLC, counsel for Plaintiffs in the above-captioned matter.  I have personal knowledge of the facts and circumstances herein, and I am competent to testify thereto.

Page 1

GROFF MURPHY
TRACHTENBERG &
EVERARD PLLC
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506



10585 0002 hk243402

2.    On Monday, November 22, at 2:00 p.m., I spoke by telephone with Tom Fitzpatrick, counsel for Defendant James Bartlett, to discuss Bartlett's responses to Plaintiffs' First Interrogatories and Requests for Production of Documents.

3.    During that conversation, Mr. Fitzpatrick stated his belief that Document Request Nos. 26, 27, and 30 were overly broad, so Bartlett would not respond to them. I stated my disagreement with Mr. Fitzpatrick's position, and we were not able to resolve our difference of opinion on those items during that conference.

Dated this 2 4 day of November, 2004 at Seattle, Washington.

_____
Douglas R. Roach

State of Washington          )
County of King_____      ) ss.
                             )

On this day personally appeared before me __Douglas R. Roach__ to me known to be the individual described in and who executed the within and foregoing instrument, and acknowledged that _he_ signed the same as _his_ free and voluntary act and deed, for the uses and purposes therein mentioned.

Given under my hand and official seal this 24th day of November, 2004.

DARLA S. MORAN
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
NOVEMBER 19, 2008

_____
Print Name: Darla S. Moran

NOTARY PUBLIC in and for the State of Washington, residing at 4906 N. Baltimore, Ruston, WA 98407

My Appointment Expires: __11/19/08__

Page 2

GROFF MURPHY
TRACHTENBERG &
EVERARD PLLC
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

10585 0002 hk243402

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for all parties via first-class mail/electronically on *November 24*, 2004.

Douglas R. Roach

Page 3

GROFF MURPHY
TRACHTENBERG &
EVERARD PLLC
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

10585 0002 hk243402