**UNITED STATES DISTRICT COURT**
**for the**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| EK VENTURES I, LLC; DAVID L. TAYLOR; DAVID L. TAYLOR AND VIRGINIA L. TAYLOR as TRUSTEES FOR THE TAYLOR FAMILY REVOCABLE TRUST; and FLEXTRONICS INTERNATIONAL LTD., | CIVIL ACTION<br><br>No. 03 CV 12506 NMG |

                    Plaintiffs,

         v.

JAMES R. BARTLETT and Z.B.R.
PUBLICATIONS, INC.,

                    Defendants.

                    *and*

JAMES R. BARTLETT,

                    Third Party Plaintiff

         v.

GLOBALWARE SOLUTIONS, INC.,
ANTHONY RUDSTON and BRADLEY A. JAY,

                    Third Party Defendants.

---

### PLAINTIFFS' MOTION TO COMPEL DEFENDANT ZBR
### TO RESPOND TO DISCOVERY REQUESTS

Pursuant to Fed.R.Civ.P. 37(a) and LR 37.1, Plaintiffs move this court for an order

compelling Defendant ZBR Publications, Inc. ("ZBR") to provide substantive responses to

Plaintiffs' First Interrogatories and Requests for Production of Documents.

As grounds therefor, Plaintiffs incorporate the accompanying Memorandum In Support

of Plaintiffs' Motion To Compel Defendant ZBR to Respond To Discovery Requests.

Page 1

GROFF MURPHY
TRACHTENBERG &
EVERARD PLLC
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

For the reasons set forth in that memorandum, Plaintiffs request that the Court enter an order compelling Defendant ZBR Publications, Inc. to Respond to its outstanding discovery requests, and imposing terms on Defendant ZBR, its counsel, or both.

Dated this 24th day of November, 2004.

Respectfully submitted on behalf of the Plaintiffs, EK Ventures I, LLC; David L. Taylor; David L. Taylor and Virginia L. Taylor as Trustees for the Taylor Family Revocable Trust; and Flextronics International Ltd.

Jerold T. Everard, WSBA # 17142
Douglas R. Roach, WSBA # 21127
*Admitted Pro Hac Vice*
GROFF MURPHY TRACHTENBERG
& EVERARD
300 East Pine Street
Seattle, Washington 98122
Telephone: (206) 628-9500
Facsimile: (206) 628-9506

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that the provisions of LR 37.1 have been complied with.

Douglas R. Roach

Page 2

GROFF MURPHY
TRACHTENBERG &
EVERARD PLLC
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

10585 0002 hk233405

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for all parties via first-class mail/electronically on <u>November 24, 2004.</u>

Douglas R. Roach

GROFF MURPHY
TRACHTENBERG &
EVERARD PLLC
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

10585 0002 hk233405