# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EK VENTURES I, LLC; DAVID L. TAYLOR; DAVID L. TAYLOR AND VIRGINIA L. TAYLOR as TRUSTEES FOR THE TAYLOR FAMILY REVOCABLE TRUST; and FLEXTRONICS INTERNATIONAL LTD., <br>  Plaintiffs, <br><br> v. <br><br> JAMES R. BARTLETT and Z.B.R. PUBLICATIONS, INC., <br><br>  Defendants <br><br>  and <br><br> JAMES R. BARTLETT, <br><br>  Third-Party Plaintiff, <br><br> v. <br><br> GLOBALWARE SOLUTIONS, INC., ANTHONY RUDSTON and BRADLEY A. JAY, <br><br>  Third-Party Defendants | No: 1:03-CV-12506-NMG |

## DEFENDANT Z.B.R. PUBLICATIONS, INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL

Defendant Z.B.R. Publications, Inc. ("ZBR") submits this Opposition to Plaintiffs'

Motion to Compel Discovery Requests.  In support of its Opposition, ZBR states:

- Contrary to Plaintiffs' Motion, and contrary to the Affidavit submitted by Douglas

  R. Roach in support of Plaintiffs' Motion, ZBR has responded to Plaintiffs'

discovery requests. Plaintiffs' counsel failed to attach them to Plaintiffs' Motion, or otherwise bring ZBR's responses to the Court's attention.

- Following the breakdown of settlement negotiations between the parties in late October, and Plaintiffs' revocation of a voluntary stay of discovery, ZBR served objections to Plaintiffs' requests for documents and interrogatories on October 27, 2004.

- ZBR also produced more than one thousand pages of documents referenced in its initial disclosures on November 8, 2004.

Plaintiffs simply ignore these responses, all of which predate their Motion.

• In addition, ZBR produced nearly six thousand pages of documents responsive to Plaintiffs' document requests on December 1, 2004. ZBR provided written responses to Plaintiffs interrogatories on December 3, 2004.

• Since the termination of the party's informal stay, ZBR has responded to all of Plaintiffs' outstanding requests and has produced thousands of pages of responsive documents. ZBR continues to produce responsive documents. Accordingly, the Court's intervention in discovery in this action is unnecessary.

For these reasons, as well as those set forth in ZBR's Memorandum of Law and supporting exhibits, Plaintiffs' Motion to Compel should be denied.

Respectfully submitted,

Z.B.R. PUBLICATIONS, INC.

By their attorneys,

Melissa Bayer Tearney, BBO No. 558612
David Ryan, BBO No. 644037
Kristin D. Kuperstein, BBO No. 641710
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

Dated:  December ___, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all parties who have appeared by mail on December ___, 2004.

3