**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____

| | |
|---|---|
| EK VENTURES I, LLC; DAVID L. TAYLOR; DAVID L. TAYLOR AND VIRGINIA L. TAYLOR as TRUSTEES FOR THE TAYLOR FAMILY REVOCABLE TRUST; and FLEXTRONICS INTERNATIONAL LTD., )<br>Plaintiffs, )<br>v. )<br>JAMES R. BARTLETT and Z.B.R. PUBLICATIONS, INC., )<br>Defendants )<br>and )<br>JAMES R. BARTLETT, )<br>Third-Party Plaintiff, )<br>v. )<br>GLOBALWARE SOLUTIONS, INC., ANTHONY RUDSTON and BRADLEY A. JAY, )<br>Third-Party Defendants ) | No: 1:03-CV-12506-NMG |

_____

**JOINT MOTION TO EXTEND SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 16, Plaintiffs EK Ventures, I, LLC et al., Defendant Z.B.R.

Publications, and Third-Party Defendants GlobalWare Solutions, Inc., Anthony Rudston, and

Bradley A. Jay, (collectively the "Moving Parties")[1] hereby move to extend the Scheduling

---

[1]    Defendant James R. Bartlett has not joined this motion.

Order deadlines in the above-captioned action by three months, as set forth in the accompanying

Memorandum of Law.

Respectfully submitted,

EK VENTURES I, LLC; DAVID L.
TAYLOR; DAVID L. TAYLOR and
VIRGINIA L. TAYLOR as trustees for the
TAYLOR FAMILY REVOCABLE TRUST;
and FLEXTRONICS INTERNATIONAL
LTD.,

Z.B.R. PUBLICATIONS, INC.,
GLOBALWARE SOLUTIONS, INC.,
ANTHONY RUDSTON, and BRADLEY
A. JAY

By their attorneys,

By their attorneys,

/s/ Douglas R. Roach, DMR by permission

/s/ David M. Ryan

_____

_____

Douglas R. Roach, WSBA#22127
BBO#558612*Admitted Pro Hac V*
GROFF MURPHY TRACHTENBERG
& EVERARD
300 East Pine Street
Seattle, Washington 98122
(206) 628-9500

Melissa Bayer Tearney,
David M. Ryan, BBO#644037
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
(617) 345-1000

Dated:  December  23, 2004

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1, I certify that on December 16, 2004, I conferred with Thomas
S. FitzPatrick, counsel for Defendant James R. Bartlett, in an attempt to resolve the issues raised
in this motion, but was unable to do so.  All other parties assent to this motion.

/s/ David M. Ryan

_____

David M. Ryan

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of
record for each party electronically on December 23, 2004

/s/ David M. Ryan

_____

David M. Ryan