UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EK VENTURES I, LLC; DAVID L. TAYLOR; DAVID L. TAYLOR AND VIRGINIA L. ATYLOR as TRUSTEES FOR THE TAYLOR FAMILY REVOCABLE TRUST; and FLEXTRONICS INTERNATIONAL LTD., <br><br> *Plaintiffs,* <br> v. <br><br> JAMES R. BARTLETT and Z.B.R. PUBLICATIONS, INC., <br><br> *Defendants,* <br><br> and <br><br> JAMES R. BARTLETT, <br><br> *Third Party Plaintiff,* <br> v. <br><br> GLOBALWARE SOLUTIONS, INC., ANTHONY RUDSTON and BRADELY A. JAY, <br><br> *Third Party Defendants.* | C.A. No. 03-CV-12506-NMG |

**DEFENDANT JAMES R. BARTLETT'S MOTION TO COMPEL PLAINTIFFS TO ANSWER INTERROGATORIES**

The Plaintiffs have, without any justifiable basis, refused to answer James R. Bartlett's First Set Of Interrogatories To Plaintiffs. Accordingly, defendant James R. Bartlett ("Bartlett") hereby moves for an order of this Court compelling interrogatory answers from the Plaintiffs. In

support of his motion, Bartlett respectfully refers the Court to his Memorandum In Support of His Motion To Compel Plaintiffs To Answer Interrogatories.

**WHEREFORE,** for the forgoing reasons, Bartlett respectfully requests that the Court :

a. order Plaintiffs to answer Bartlett's first set of interrogatories within ten (10) calendar days of the Court's order;

b. order that Bartlett is entitled to propound eighteen (18) additional interrogatories to the Plaintiffs; and

c. such other and further relief as the Court deems just and proper.

### REQUEST FOR HEARING

Pursuant to Local Rule 7.1(D), Bartlett requests a hearing on his motion to compel.

Defendant,

**JAMES R. BARTLETT**

By his attorneys,

Thomas S. Fitzpatrick/BBO #556453
DAVIS, MALM & D'AGOSTINE, P.C.
One Boston Place, 37th Floor
Boston, MA  02108
(617) 367-2500

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULES 7.1(A)(2) AND 37.1(A)

I, Thomas S. Fitzpatrick, hereby certify that on January 11, 2005, I had a teleconference with plaintiffs' counsel, Douglas Roach, during which we conferred and attempted in good faith to narrow the issue raised by the above motion and that the provisions of Local Rules 7.1(A)(2) and 37.1(A) were complied with.

_____
Thomas S. Fitzpatrick

Dated: January 12, 2005

## CERTIFICATE OF SERVICE

I, Thomas S. Fitzpatrick, hereby certify that on January 12, 2005, the above motion, was sent electronically to:

David F. Anderson    danderson@lattianderson.com

Douglas R. Roach    droach@groffmurphy.com

David M. Ryan    dryan@nixonpeabody.com

Melissa B. Tearney    mtearney@nixonpeabody.com

and by first class mail to:

Douglas R. Roach

Melissa B. Tearney

_____
Thomas S. Fitzpatrick

3

351650v.1