UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EK VENTURES I, LLC; DAVID L. TAYLOR; DAVID L. TAYLOR AND VIRGINIA L. TAYLOR as TRUSTEES FOR THE TAYLOR FAMILY REVOCABLE TRUST; and FLEXTRONICS INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES R. BARTLETT and Z.B.R. PUBLICATIONS, INC., <br><br> Defendants. <br><br> *and* <br><br> JAMES R. BARTLETT, <br><br> Third Party Plaintiff <br><br> v. <br><br> GLOBALWARE SOLUTIONS, INC., ANTHONY RUDSTON and BRADLEY A. JAY, <br><br> Third Party Defendants. | CIVIL ACTION <br><br> No. 03 CV 12506 NMG |

**PLAINTIFFS' RESPONSE TO DEFENDANT BARTLETT'S MOTION TO COMPEL DOCUMENTS RESPONSIVE TO HIS SECOND REQUEST**

Plaintiffs have not refused to produce non-privileged documents responsive to Bartlett's Second Request for Production of Documents. Rather, at the time the discovery conference was held, Plaintiffs' counsel was simply unable to commit to a date certain by which the documents would be available from all of his clients. Plaintiffs are now able to state that they will have the

Page 1

10585 0002 ia253406

GROFF MURPHY
TRACHTENBERG &
EVERARD PLLC
300 East Pine
Seattle, Washington 98122
(206) 628-9500
Facsimile: (206) 628-9506

documents available for inspection and copying by February 25, 2005. Bartlett's motion would therefore appear to be moot, and should be denied for that reason.

Dated this 25th day of January, 2005.

Respectfully submitted on behalf of the Plaintiffs, EK Ventures I, LLC; David L. Taylor; David L. Taylor and Virginia L. Taylor as Trustees for the Taylor Family Revocable Trust; and Flextronics International Ltd.

_____
Jerold T. Everard, WSBA # 17142
Douglas R. Roach, WSBA # 21127
*Admitted Pro Hac Vice*
GROFF MURPHY TRACHTENBERG
& EVERARD
300 East Pine Street
Seattle, Washington 98122
Telephone: (206) 628-9500
Facsimile: (206) 628-9506

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for all parties via first-class mail/electronically on January 25, 2005.

_____
Douglas R. Roach

Page 2

10585 0002 ia253406

GROFF MURPHY
TRACHTENBERG &
EVERARD PLLC
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506