UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| EK VENTURES I, LLC; DAVID L. TAYLOR; DAVID L. TAYLOR AND VIRGINIA L. ATYLOR as TRUSTEES FOR THE TAYLOR FAMILY REVOCABLE TRUST; and FLEXTRONICS INTERNATIONAL LTD., | ) ) ) ) ) ) ) ) | C.A. No. 03-CV-12506-NMG |
| *Plaintiffs*, <br> v. | ) ) ) ) ) |  |
| JAMES R. BARTLETT and Z.B.R. PUBLICATIONS, INC., | ) ) ) |  |
| *Defendants*, | ) ) |  |
| and | ) ) |  |
| JAMES R. BARTLETT, | ) ) |  |
| *Third Party Plaintiff*, | ) ) ) |  |
| v. | ) ) |  |
| GLOBALWARE SOLUTIONS, INC., ANTHONY RUDSTON and BRADELY A. JAY, | ) ) ) ) |  |
| *Third Party Defendants.* | ) ) |  |

## DEFENDANT JAMES R. BARTLETT'S MOTION TO QUASH SUBPOENA

Defendant James R. Bartlett ("Bartlett") hereby moves, pursuant to Rule 45(c)(3)(A)(iii)

of the Federal Rules of Civil Procedure and Local Rule 7.1, to quash, in part, the subpoena *duces*

*tecum* served upon the keeper of the records of Bartlett's accountant Levine Katz Nannis &

Solomon, P.C. by the corporate Defendant Z.B.R. Publications Inc., and Third Party Defendants

GlobalWare Solutions, Inc., Anthony Rudston, and Bradely A. Jay.

As grounds therefore, defendant Bartlett respectfully refers the Court to Defendant James R. Bartlett's Memorandum In Support Of Motion To Quash Subpoena, which is submitted herewith.

**WHEREFORE**, Defendant Bartlett respectfully requests that this Court:

1.      quash Request No. 25 in the subpoena *duces tecum* to Levine, Katz, Nannis & Solomon, P.C.; and

2.      grant such other and further relief as the Court deems just and appropriate.

<b>REQUEST FOR HEARING</b>

Pursuant to Local Rule 7.1(D), Bartlett requests a hearing on his motion to quash.

Defendant,

**JAMES R. BARTLETT**

By his attorneys,

/Thomas S. Fitzpatrick/BBO #556453
DAVIS, MALM & D'AGOSTINE, P.C.
One Boston Place, 37th Floor
Boston, MA  02108
(617) 367-2500

<b>CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)</b>

I, Thomas S. Fitzpatrick, hereby certify that on January 28, 2005, I had a teleconference with Melissa Tearney, Esq. and David Ryan, Esq., counsel for ZBR Publications, Inc., GlobalWare Solutions, Inc., Anthony Rudston and Bradley Jay, during which we conferred and attempted in good faith to narrow the issue raised by the above motion.

Thomas S. Fitzpatrick

Dated: February 7, 2005

## CERTIFICATE OF SERVICE

I, Thomas S. Fitzpatrick, hereby certify that on February 7, 2005 the above motion, was sent electronically to:

David F. Anderson        danderson@lattianderson.com

Douglas R. Roach         droach@groffmurphy.com

David M. Ryan            dryan@nixonpeabody.com

Melissa B. Tearney       mtearney@nixonpeabody.com

and by first class mail to:

Douglas R. Roach

Melissa B. Tearney

Thomas S. Fitzpatrick

353790v.1