UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EK VENTURES I, LLC; DAVID L. TAYLOR; DAVID L. TAYLOR AND VIRGINIA L. TAYLOR as TRUSTEES FOR THE TAYLOR FAMILY REVOCABLE TRUST; and FLEXTRONICS INTERNATIONAL LTD., <br><br>Plaintiffs, <br><br>v. <br><br>JAMES R. BARTLETT and Z.B.R. PUBLICATIONS, INC., <br><br>Defendants. <br><br>*and* <br><br>JAMES R. BARTLETT, <br><br>Third Party Plaintiff <br><br>v. <br><br>GLOBALWARE SOLUTIONS, INC., ANTHONY RUDSTON and BRADLEY A. JAY, <br><br>Third Party Defendants. | CIVIL ACTION <br><br> No. 03 CV 12506 NMG |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiffs EK Ventures I, LLC, David L. Taylor, David L. Taylor and Virginia L. Taylor as Trustees for the Taylor Family Revocable Trust, and Flextronics International Ltd., Defendants James R. Bartlett and Z.B.R. Publications, Inc., Third Party Plaintiff James R. Bartlett, and Third Party Defendants Globalware Solutions, Inc., Anthony Rudston and Bradely A. Jay in

Page 1

GROFF MURPHY
TRACHTENBERG &
EVERARD PLLC
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

10585 0002 ib221801

the above-captioned matter, by and through their undersigned counsel of record, and hereby stipulate, pursuant to Fed.R.Civ.P. 41(a)(i)(ii), to the dismissal of the above captioned matter with prejudice, and without costs or fees against Plaintiffs.

Dated this 28 day of February, 2005.

Respectfully submitted on behalf of the Plaintiffs, EK Ventures I, LLC; David L. Taylor; David L. Taylor and Virginia L. Taylor as Trustees for the Taylor Family Revocable Trust; and Flextronics International Ltd.

_____
Jerold T. Everard, WSBA # 17142
Douglas R. Roach, WSBA # 21127
*Admitted Pro Hac Vice*
GROFF MURPHY TRACHTENBERG & EVERARD
300 East Pine Street
Seattle, Washington 98122
Telephone: (206) 628-9500

**Defendant James R. Bartlett**

By his attorneys

_____
Thomas S. Fitzpatrick, BBO #556453
DAVIS, MALM & D'AGOSTINE, P.C.
One Boston Place
Boston, Massachusetts 02108
Telephone: (617) 367-2500

Page 2

GROFF MURPHY
TRACHTENBERG &
EVERARD PLLC
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

10585 0002 ib221801

the above-captioned matter, by and through their undersigned counsel of record, and hereby stipulate, pursuant to Fed.R.Civ.P 41(a)(1)(ii), to the dismissal of the above captioned matter with prejudice, and without costs or fees against Plaintiffs.

Dated this 28 day of February, 2005.

Respectfully submitted on behalf of the Plaintiffs, EK Ventures I, LLC; David L. Taylor; David L. Taylor and Virginia L. Taylor as Trustees for the Taylor Family Revocable Trust; and Flextronics International Ltd.

_____
Jerold T. Everard, WSBA # 17142
Douglas R. Roach, WSBA # 21127
*Admitted Pro Hac Vice*
GROFF MURPHY TRACHTENBERG
& EVERARD
300 East Pine Street
Seattle, Washington 98122
Telephone: (206) 628-9500

**Defendant James R. Bartlett**

By his attorneys

_____
Thomas S. Fitzpatrick, BBO #556453
DAVIS, MALM & D'AGOSTINE, P.C.
One Boston Place
Boston, Massachusetts 02108
Telephone: (617) 367-2500

Page 2

10585 0002 lb221801

GROFF MURPHY
TRACHTENBERG &
EVERARD PLLC
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

**Defendant Z.B.R. Publications, Inc., and Third Party Defendants Globalware Solutions, Inc., Anthony Rudston and Bradley A. Jay**

By their attorneys

_____
Melissa B. Tearney, BBO # 558612
David M. Ryan, BBO # 654507
Nixon Peabody
101 Federal Street
Boston, MA 02110-1832
Telephone: (617) 345-1000

Page 3

GROFF MURPHY
TRACHTENBERG &
EVERARD PLLC
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

10585 0002 ib221801

Defendant Z.B.R. Publications, Inc.,
and Third Party Defendants
Globalware Solutions, Inc., Anthony
Rudston and Bradley A. Jay

By their attorneys

Melissa B. Tearney, BBO # 558612
David M. Ryan, BBO # 654507
Nixon Peabody
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1000

Page 3

GROFF MURPHY
TRACHTENBERG &
EVERARD PLLC
300 EAST PINE
SEATTLE, WASHINGTON 98122
(206) 628-9500
FACSIMILE: (206) 628-9506

10585 0002 hk153401